# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

KATHY RICHBURG, ADRIANA GAMBOA, JEFFREY KOENIG, and CINDY MCGLONE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CONAGRA BRANDS, INC.,

Defendant.

Case No. 22 C 2420
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s)

in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☐ in favor of Defendant (s)

and against Plaintiff (s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: dismissed with prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date:  2/8/2023

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk